IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WHIRLPOOL CORPORATION,<br><br>   *Plaintiff,*<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS THAT OWN OR OPERATE WWW.FILTER1PRO.COM,<br><br>   *Defendants.* | § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO. 2:23-cv-0117-JRG-RSP |

## ORDER

Plaintiff Whirlpool Corporation ("Whirlpool") previously filed a Motion for Entry of Default Judgment and Permanent Injunction. (Dkt. No. 13.) Magistrate Judge Payne entered a Report and Recommendation recommending granting Whirlpool's Motion for Entry of Default Judgment and Permanent Injunction. (Dkt. No. 14.) Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Report and Recommendation is **ADOPTED**. It is therefore **ORDERED** that Whirlpool's Motion for Entry of Default Judgment and Permanent Injunction (Dkt. No. 13) will be **GRANTED** by separate Order.

**So ORDERED and SIGNED this 18th day of September, 2024.**

                                                                                       RODNEY GILSTRAP
                                                                                       UNITED STATES DISTRICT JUDGE